UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Leon William Moniot &<br>Joan Veronica Moniot, Debtors | Bankruptcy Case No. 10-12927-KHT<br><br>Chapter 7 |
| Joan V. Moniot,<br><br>Plaintiff,<br><br>v.<br><br>Navient Solutions, LLC &<br>Estate Information Services, LLC,<br><br>Defendant. | Adversary Proceeding No. 19-1127-KHT |

**ORDER FOR COMPLIANCE WITH RULE 7026,**
**FED.R.BANKR.P. (Rule 26(f), Fed.R.Civ.P.)**

THIS MATTER comes before the Court on the Plaintiff's Complaint filed May 14, 2019, and Defendant's Answers, filed June 24, 2019 & June 27, 2019.  The Court, having reviewed the file and being advised in the premises,

DOES ORDER as follows:

1.      Pursuant to Rule 7026, Fed.R.Bankr.P., Rule 26, Fed.R.Civ.P., and L.B.R. 7026-1, counsel shall, **on or before  (July 17, 2019):**

      A.      Confer and discuss, pursuant to Rule 7026, Fed.R.Bankr.P., and Rule 26(f), Fed.R.Civ.P.,

          (i)      the nature and basis of their claims and defenses; and

          (ii)     the possibilities for a prompt settlement or resolution of the case.

          (iii)    whether each party does or does not consent to entry of final orders or judgment by the bankruptcy court in accordance with GPO 2016-01.

      B.      Complete all initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P.

      C.      Develop a specific and firm discovery schedule and plan.  This discovery plan should

          (i)      contain firm deadlines for completion of discovery and a date to file dispositive motions;

    (ii)      address any pertinent matters and identify anticipated problems identified in Rule 16(b) and (c), Fed.R.Civ.P.;

    (iii)    comply with L.B.R. 7026-1 or specify reasons why compliance should be waived.

D.    Submit a written report to the Court, **on or before** (July 30, 2019) which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent:

    (i)      Amended pleadings shall be filed, and/or additional parties shall be joined, by _____.

    (ii)     Parties will provide expert disclosure under Rule 26(a)(2), Fed.R.Civ.P., by: _____.

    (iii)    All discovery shall be **completed** by: _____.

    (iv)    Dispositive motions shall be filed by: _____; responses shall be filed within 14 days after mailing of the dispositive motion.

    (v)     A statement by each party as to whether that party does or does not consent to entry of final orders or judgment by the bankruptcy court on each claim, counterclaim, cross-claim, or third party claim; and a certification that the parties have complied with GPO 2016-01 by including such statement in the complaint, counterclaim, cross-claim, third party complaint and the responsive pleadings thereto. If a party consents to the bankruptcy court's entry of a final order or judgment on some, but not all claims, the party shall so specify.

Submission of the report will serve as certification that all initial required disclosures, pursuant to Rule 7026(a), Fed.R.Bankr.P., have been fully and timely completed.

2.    Failure of the parties, or a party, to comply with, or otherwise respond to, this Order may result in the imposition of sanctions, dismissal of the within proceeding, or entry of judgment, if warranted and appropriate.

3.    The parties shall commence discovery immediately after their Rule 26(f) meeting, referenced in paragraph 1(A) above, is concluded.

IT IS FURTHER ORDERED that a trial date will be set, if necessary, after expiration of all pretrial deadlines and after the Court has ruled upon any dispositive motions or upon request of the parties.

DATED this 27th day of June, 2019.    BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge

**A copy of this *Notice to Litigants* and the attached income information should be served along with the Summons and Complaint.  GPO 2009-3 (1994-3).**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

### *NOTICE TO LITIGANTS*

**You have been named as a defendant in an adversary proceeding, the outcome of which may affect your bankruptcy discharge. Even if you have already received a discharge, this is a serious matter that you should not ignore.**

Individual litigants are entitled to appear without an attorney and  represent themselves in the Bankruptcy Court. However, the rules can be quite technical and failure to comply with the rules can have severe consequences. Before deciding  to appear on your own, you should consider consulting an attorney. If you cannot afford an attorney, you may contact:

---

### The Faculty of Federal Advocates
### Bankruptcy *Pro Bono* Program

Kimberly Means, Administrator
Bankruptcy *Pro Bono* Program
1200 17th Street, Suite 3000
Denver, CO  80202
Phone:  303.628.9664
Fax:  303.623.9222
E-mail:  kmeans@lrrc.com

### <u>NOTE</u>:  When you make contact, you will need to have a copy of your Summons and Complaint.

---

Upon contact, you will be screened for eligibility and, if it is determined that you are eligible, an attorney may be found who may represent you  without payment of attorneys' fees. You may, however, still be responsible  for  the payment of costs.

**FACULTY OF FEDERAL ADVOCATES BANKRUPTCY *PRO BONO* PROGRAM**

**2018 MAXIMUM INCOME LEVELS**

Bankruptcy Schedule I – Current Income of Individual Debtor(s) will be reviewed to determine the Debtor's income level.

| Size of Family Unit | Pro Bono Program Guidelines (200% of HHS Poverty Guidelines) |
|---|---|
| 1 | $24,280 |
| 2 | $32,920 |
| 3 | $41,560 |
| 4 | $50,200 |
| 5 | $58,840 |
| 6 | $67,480 |
| 7 | $76,120 |
| 8 | $87,460 |
| For each additional person, add | $8,640 |

**MAXIMUM LIQUID ASSET LEVEL**

In addition to these maximum income levels, a Debtor/Defendant will be disqualified from Bankruptcy *Pro Bono* Program eligibility if s/he has in excess of $30,000 of exempt, liquid assets, which will be determined by reviewing the Debtor's Bankruptcy Schedule B – Personal Property.