# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Leon William Moniot &<br>Joan Veronica Moniot,<br>Debtors. | Bankruptcy Case No. 10-12927-KHT<br><br>Chapter 7 |
| Joan V. Moniot,<br><br>Plaintiff,<br><br>v.<br><br>Navient Solutions, LLC &<br>Estate Information Services, LLC<br><br>Defendants. | Adversary Proceeding No. 19-1127-KHT |

## ORDER REGARDING DISCOVERY SCHEDULE PURSUANT TO FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b)) and NOTICE OF TRIAL SCHEDULING CONFERENCE

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. **Amended Pleadings**.  Motions to amend or supplement pleadings or to join additional parties must be filed by September 1, 2019**.**  This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

2. **Expert Witnesses**.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) are not anticipated in this matter.

3. **Duty to Supplement-Sanctions**.  All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e). Failure to timely disclose, or incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

4. **Discovery**.  All Discovery must be completed by December 12, 2019. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding.

5. **Discovery Disputes**.  All discovery disputes in this matter are subject to this division's "No Written Discovery Motions" procedure, which is set forth under Judges' Info on the Court's website at www.cob.uscourts.gov.

6. **Dispositive Motions**.  Dispositive motions shall be filed by January 12, 2020. All dispositive motions are subject to L.B.R. 7007-1 and 7056-1.

7. **Status Report**.  On or before January 1, 2020, the parties shall submit a written report to the Court stating:

    a. Whether they anticipate filing any motions in limine;
    b. Whether they anticipate challenging any experts;
    c. The estimated length of trial.

8. **Final Order.**  Each party consents to this bankruptcy court entering final order or judgement on each claim, counterclaim, cross-claim, or third party claim.

**FAILURE TO COMPLY WITH THE PROCEDURES AS SET FORTH IN THE LOCAL BANKRUPTCY RULES AND THIS ORDER  MAY RESULT IN DENIAL OF THE RELIEF REQUESTED AND/OR SANCTIONS UPON THE PARTY AND COUNSEL FAILING TO COMPLY.**

DATED                                              BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Court