## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO
#### Denver Division

In re:                        )

LEON WILLIAM MONIOT, and    )      Bankr. Case No.:  10-12927-KHT
JOAN VERONICA MONIOT,      )

        Debtors,          )      Chapter 7

_____)

JOAN VERONICA MONIOT,      )      Adv. Proc. No.:  19-01127

        Plaintiff,       )

v.                      )

NAVIENT SOLUTIONS, LLC     )

        Defendants.      )

_____)

## STIPULATION OF DISMISSAL

The Plaintiff, Joan Veronica Moniot, and the Defendant, Navient Solutions, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-referenced adversary proceeding, with prejudice.  This Stipulation is agreed to by all remaining parties pursuant to F.R.Civ.P. 41(a)(1) and Fed.R.Bankr.P. 7041. Each party further agrees to bear its own costs and attorneys' fees for the entirety of this matter.

*[this space intentionally left blank]*

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation and dismissing the instant adversary proceeding, with prejudice.

Respectfully requested,

Dated: Dec. 27, 2019          By:   /s/ Paul G. Urtz
                                     Paul G. Urtz, Esquire
                                     MILLER & URTZ, LLC
                                     1660 Lincoln Street, Suite 2850
                                     Denver, CO 80264
                                     Telephone: (303) 861-1200
                                     Facsimile: (303) 830-0115
                                     E-mail: paulurtz@millerurtz.com.
                                     Counsel for Navient Solutions, LLC

Dated:                        By:   /s/ Austin C. Smith
                                     Austin C. Smith
                                     SMITH LAW GROUP
                                     3 Mitchell Place
                                     Suite 5
                                     New York, NY 10017
                                     917-992-2121
                                     Fax : 212-355-3739
                                     Email: austin@acsmithlawgroup.com
                                     Attorney for Plaintiff, Joan V. Moniot